1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    2:14-CV-01310-MCE-AC

12                  Plaintiff,                   APPLICATION AND ORDER FOR
                                                 PUBLICATION
13          v.

14  APPROXIMATELY $44,200.00 IN U.S. CURRENCY,

15  APPROXIMATELY $3,439.00 IN U.S. CURRENCY,

16  APPROXIMATELY $7,777.50 SEIZED FROM
    CITIBANK CHECKING ACCOUNT NUMBER
17  40032719714, HELD IN THE NAME OF TIMNESHA
    WILSON,
18
    APPROXIMATELY $6,001.78 SEIZED FROM
19  CITIBANK CERTIFICATE OF DEPOSIT NUMBER
    40070506684, HELD IN THE NAME OF TIMNESHA
20  WILSON,

21  APPROXIMATELY $2,460.04 SEIZED FROM
    CITIBANK SAVINGS ACCOUNT NUMBER
22  40032719722, HELD IN THE NAME OF TIMNESHA
    WILSON,
23
    APPROXIMATELY $5,066.14 SEIZED FROM
24  WELLS FARGO BANK CHECKING ACCOUNT
    NUMBER 6916473629, HELD IN THE NAME OF
25  TIMNESHA WILSON,

26  APPROXIMATELY $3,001.70 SEIZED FROM
    PATELCO CREDIT UNION SAVINGS ACCOUNT
27  NUMBER 591825-00, HELD IN THE NAME OF
    TIMNESHA WILSON,
28

                                  1

1  APPROXIMATELY $2,203.98 SEIZED FROM
   PATELCO CREDIT UNION CHECKING ACCOUNT
   NUMBER 591825-11, HELD IN THE NAME OF
2  TIMNESHA WILSON, and

3  MISCELLANEOUS JEWELRY,

4              Defendants.

5

6        The United States of America applies for an order of publication as follows:

7        1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and

8  Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States

9  shall cause public notice of the action to be given in a newspaper of general circulation or

10 on the official internet government forfeiture site;

11       2.      Local Rule 171, Eastern District of California, provides that the Court shall

12 designate by order the appropriate newspaper or other vehicle for publication;

13       3.       The defendants Approximately $44,200.00 in U.S. Currency; Approximately

14 $7,777.50 seized from Citibank Checking Account Number 40032719714; Approximately

15 $6,001.78 seized from Citibank Certificate of Deposit Number 40070506684;

16 Approximately $2,460.04 seized from Citibank Savings Account Number 40032719722;

17 Approximately $5,066.14 seized from Wells Fargo Bank Checking Account Number

18 6916473629; Approximately $3,001.70 seized from Patelco Credit Union Savings Account

19 Number 591825-00; and Approximately $2,203.98 seized from Patelco Credit Union

20 Checking Account Number 591825-11 were seized in the city of San Leandro, in Alameda

21 County, California.  The defendants Approximately $3,439.00 in U.S. Currency and

22 Miscellaneous Jewelry were seized in the city of Oakland, in Alameda County, California;

23       4.      The United States proposes that publication be made as follows:

24          a.      One publication;

25          b.      Thirty (30) consecutive days;

26          c.      On the official internet government forfeiture site www.forfeiture.gov;

27          d.      The publication is to include the following:

28

Application and Order for Publication

1      (1)      The Court and case number of the action;

2      (2)      The date of the seizure/posting;

3      (3)      The identity and/or description of the property seized/posted;

4      (4)      The name and address of the attorney for the United States;

5      (5)      A statement that claims of persons entitled to possession or

6 claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and

7 served on the attorney for the United States no later than 60 days after the first day of

8 publication on the official internet government forfeiture site; and

9      (6)      A statement that answers to the Complaint or a motion under

10 Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served

11 within 21 days after the filing of the claims and, in the absence thereof, default may be

12 entered and condemnation ordered.

13 Dated: 5/28/14                                        BENJAMIN B. WAGNER
                                                        United States Attorney
14

15                                                      By: /s/ Kevin C. Khasigian
                                                            KEVIN C. KHASIGIAN
16                                                          Assistant U.S. Attorney

17

18                                **ORDER**

19        IT IS SO ORDERED.

20 Dated: May 29, 2014

21 _____
                                 ALLISON CLAIRE
22                               UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

3