BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $44,200.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $3,439.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $7,777.50 SEIZED FROM CITIBANK CHECKING ACCOUNT NUMBER 40032719714, HELD IN THE NAME OF TIMNESHA WILSON,<br><br>APPROXIMATELY $6,001.78 SEIZED FROM CITIBANK CERTIFICATE OF DEPOSIT NUMBER 40070506684, HELD IN THE NAME OF TIMNESHA WILSON,<br><br>APPROXIMATELY $2,460.04 SEIZED FROM CITIBANK SAVINGS ACCOUNT NUMBER 40032719722, HELD IN THE NAME OF TIMNESHA WILSON,<br><br>APPROXIMATELY $5,066.14 SEIZED FROM WELLS FARGO BANK CHECKING ACCOUNT NUMBER 6916473629, HELD IN THE NAME OF TIMNESHA WILSON,<br><br>APPROXIMATELY $3,001.70 SEIZED FROM PATELCO CREDIT UNION SAVINGS ACCOUNT NUMBER 591825-00, HELD IN THE NAME OF TIMNESHA WILSON, | 2:14-CV-01310-MCE-AC<br><br>STIPULATION AND ORDER TO STAY FURTHER PROCEEDINGS<br><br><br>DATE:　　　N/A<br>TIME:　　　N/A<br>COURTROOM:　　N/A |

APPROXIMATELY $2,203.98 SEIZED FROM PATELCO CREDIT UNION CHECKING ACCOUNT NUMBER 591825-11, HELD IN THE NAME OF TIMNESHA WILSON, and

MISCELLANEOUS JEWELRY,

          Defendants.

The United States and claimant Jermila McCoy ("claimant") hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings due to an on-going related criminal investigation against claimant.

1. Claimant has filed a claim in this *in rem* forfeiture action, asserting she has an interest, in whole or in part, and directly, on behalf of, and/or as custodian, for each of the defendant assets in this action. ECF No. 6.

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2). The United States contends that the defendant assets were involved in or traceable to, violations of federal law, 18 U.S.C. § 1028(a)(7) (Fraud and related activity in connection with identification documents, authentication features, and information) and 18 U.S.C. § 1341 (mail fraud). Claimant denies these allegations.

3. To date no one has been charged with any criminal offense by state, local, or federal authorities, and it is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the fraud scheme. Nevertheless, the United States intends to depose claimant McCoy regarding her claim and the allegations as set forth in the complaint. If discovery proceeds at this time, claimant will be placed in the difficult position of either invoking her Fifth Amendment rights against self-incrimination and losing the ability to pursue her claim to the defendant assets, or waiving her Fifth Amendment rights and submitting to a deposition and potentially incriminating herself. If she invokes her Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claim she filed with this court.

4. In addition, claimant intends to depose, among others, law enforcement involved with this investigation, including but not limited to, the inspectors with the U.S. Postal Inspection Service.

Allowing depositions of the law enforcement officers at this time would adversely impact the ability of the federal authorities to investigate the alleged underlying criminal conduct.

5. The parties recognize that proceeding with this action at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimant's ability to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until November 12, 2014, in accordance with the terms of this stipulation. At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

Dated: 8/15/14                                             BENJAMIN B. WAGNER
                                                           United States Attorney

                                        By:    /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
                                               Assistant U.S. Attorney


Dated: 8/15/14                                    /s/ Scott A. Sugarman
                                                  SCOTT A. SUGARMAN
                                                  Attorney for claimant Jermila McCoy

                                                  (Authorized by email)

## ORDER

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until November 12, 2014, in accordance with the terms of this stipulation. On or before November 12, 2014, the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED

Dated: September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT