BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>APPROXIMATELY $44,200.00 IN U.S. CURRENCY, et al.,<br><br>           Defendants. | 2:14-CV-01310-MCE-AC<br><br>STIPULATION AND ORDER<br>TO STAY FURTHER PROCEEDINGS<br><br><br>DATE:            N/A<br>TIME:            N/A<br>COURTROOM:  N/A |

   The United States and claimant Jermila McCoy ("claimant") hereby stipulate that a further stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings due to an on-going related criminal case against claimant.[1]  This matter was stayed on September 4, 2014 and November 19, 2014.   The parties understand that a status conference in the criminal action against Jermila McCoy is presently scheduled for March 26, 2015.  For this reason, the parties request that the stay be extended for a period of three months to May 11, 2015.

   1.   Claimant has filed a claim in this *in rem* forfeiture action, asserting she has an interest, in whole or in part, and directly, on behalf of, and/or as custodian, for each of the defendant assets in this

---

[1] On October 23, 2014, Jermila McCoy and others were indicted on one count of Conspiracy to Commit Mail Fraud and twenty-eight counts of Mail Fraud. *See U.S. v. Jermila McCoy, et al.*, 2:14-CR-00304-MCE, ECF No. 1.

1

Stipulation and Order for a Stay of

action.  ECF No. 6.

    2.      The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2).  The United States contends that the defendant assets were involved in or traceable to, violations of federal law, 18 U.S.C. § 1028(a)(7) (Fraud and related activity in connection with identification documents, authentication features, and information) and 18 U.S.C. § 1341 (mail fraud).  Claimant denies these allegations.

    3.      The United States intends to depose claimant McCoy regarding her claim and the allegations as set forth in the complaint.  If discovery proceeds at this time, claimant will be placed in the difficult position of either invoking her Fifth Amendment rights against self-incrimination and losing the ability to pursue her claim to the defendant assets, or waiving her Fifth Amendment rights and submitting to a deposition and potentially incriminating herself.  If she invokes her Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claim she filed with this court.

    4.      In addition, claimant intends to depose, among others, law enforcement involved with this investigation, including but not limited to, the inspectors with the U.S. Postal Inspection Service.  Allowing depositions of the law enforcement officers at this time would adversely impact the ability of the federal authorities to investigate the alleged underlying criminal conduct.

    5.      The parties recognize that proceeding with this action at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimant's ability to assert any defenses to forfeiture.  For these reasons, and because the parties are attempting to settle the civil forfeiture case, the parties jointly request that these matters be stayed until May 11, 2015, in accordance with the terms of this stipulation.

///

///

///

///

///

///

2

Stipulation and Order for a Stay of
Further Proceedings

At that time the parties will advise the court of the status of the criminal case and will advise the court whether a further stay is necessary.

Dated:  2/6/15                             BENJAMIN B. WAGNER
                                           United States Attorney

                                    By:    /s/ Kevin C. Khasigian
                                           KEVIN C. KHASIGIAN
                                           Assistant U.S. Attorney


Dated:  2/6/15                             /s/ Scott A. Sugarman
                                           SCOTT A. SUGARMAN
                                           Attorney for claimant Jermila McCoy

                                           (Authorized by email)

### ORDER

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until May 11, 2015, in accordance with the terms of this stipulation.  On or before May 11, 2015, the parties will advise the court whether a further stay is necessary.

  IT IS SO ORDERED

Dated:  February 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT