1  PHILLIP A. TALBERT
Acting United States Attorney
2  KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                 2:14-CV-01310-MCE-AC

12                      Plaintiff,            STIPULATION AND ORDER TO CONTINUE
                                             SETTLEMENT CONFERENCE
13         v.

14  APPROXIMATELY $44,200.00 IN U.S.          Old Date:  June 16, 2016 at 9:00 a.m.
    CURRENCY, et al.,
15                                            New Date: August 3, 2016 at 9:00 a.m.

16                      Defendants.

17

18         Pursuant to the Pretrial Scheduling Order filed on October 23, 2015, the Settlement Conference

19  is currently scheduled for June 16, 2016 at 9:00 a.m. before Magistrate Judge Gregory G. Hollows.  The

20  United States and claimant Jermila McCoy, by and through their counsel, hereby stipulate and

21  respectfully request that the Settlement Conference currently set for June 16, 2016, at 9:00 a.m. be

22  continued until August 3, 2016, at 9:00 a.m., due to outstanding written discovery responses currently

23  due in early July.  The parties believe that those responses could prove beneficial for any Settlement

24  Conference.  In addition, counsel for claimant McCoy currently has obligations for other clients that

25  have diminished his time for work on this matter, including a habeas corpus petition and an appellate

26  reply brief due in the next two weeks, and a trial set to commence June 15, 2016.

27         The parties further respectfully request that the confidential settlement conference statements be

28  submitted by July 27, 2016.  No other discovery dates will be impacted by these proposed changes.

                                             1

1    WHEREFORE, based on the foregoing, and for good cause shown, the United States and

2 claimant Jermila McCoy hereby stipulate that the Settlement Conference be continued from June 16,

3 2016, at 9:00 a.m. until August 3, 2016, at 9:00 a.m.

4

5                                                      Respectfully Submitted,

6 Dated:   6/8/16                                      PHILLIP A. TALBERT
                                                       Acting United States Attorney
7

8                                       By:      /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
9                                                Assistant U.S. Attorney

10

11

12 Dated:   6/7/16                               /s/ Scott A Sugarman
                                                 SCOTT A. SUGARMAN
13                                               Attorney for Claimant
                                                 Jermila McCoy
14

15

16                                      ORDER

17

18    Pursuant to the parties' request, the Court finds that there is good cause to continue the

19 Settlement Conference from June 16, 2016, at 9:00 a.m. until August 3, 2016, at 9:00 a.m.  Each party is

20 directed to submit to the chambers of Judge Gregory G. Hollows confidential settlement conference

21 statements no later than July 27, 2016.

22    IT IS SO ORDERED.

23 Dated: June 10, 2016
                                       /s/ Gregory G. Hollows
24                            UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2

Stipulation and Order to Continue
Settlement Conference