PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-CV-01310-MCE-AC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO STAY FURTHER PROCEEDINGS |
| v. | |
| APPROXIMATELY $44,200.00 IN U.S. CURRENCY, et al., | DATE:         N/A<br>TIME:         N/A<br>COURTROOM:  N/A |
| Defendants. | |

       The United States and claimant Jermila McCoy ("claimant") hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings pending the resolution of the ongoing criminal case against claimant.[1]  The parties understand that a Trial Confirmation Hearing in the criminal action against Jermila McCoy is presently scheduled for October 6, 2016.  For this reason, the parties request that this case be stayed until the resolution of the companion criminal matter.

       1.     Claimant has filed a claim in this *in rem* forfeiture action, asserting she has an interest, in whole or in part, and directly, on behalf of, and/or as custodian, for each of the defendant assets in this

---

[1] On October 23, 2014, Jermila McCoy and others were indicted on one count of Conspiracy to Commit Mail Fraud and twenty-eight counts of Mail Fraud.  *See U.S. v. Jermila McCoy, et al.*, 2:14-CR-00304-MCE, ECF No. 1.

1

Stipulation and Order for a Stay of
Further Proceedings

1 action. ECF No. 6.

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2). The United States contends that the defendant assets were involved in or traceable to, violations of federal law, 18 U.S.C. § 1028(a)(7) (Fraud and related activity in connection with identification documents, authentication features, and information) and 18 U.S.C. § 1341 (mail fraud). Claimant denies these allegations.

3. The United States intends to depose claimant McCoy regarding her claim and the allegations as set forth in the complaint. If discovery proceeds at this time, claimant will be placed in the difficult position of either invoking her Fifth Amendment rights against self-incrimination and losing the ability to pursue her claim to the defendant assets, or waiving her Fifth Amendment rights and submitting to a deposition and potentially incriminating herself. If she invokes her Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claim she filed with this court.

4. In addition, claimant intends to depose, among others, law enforcement involved with this investigation, including but not limited to, the inspectors with the U.S. Postal Inspection Service. Allowing depositions of the law enforcement officers at this time would adversely impact the ability of the federal authorities to investigate the alleged underlying criminal conduct.

5. The parties recognize that proceeding with this action at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimant's ability to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until the resolution of the parallel criminal case, *U.S. v. Jermila McCoy, et al.*, 2:14-CR-00304-MCE.

///
///
///
///
///
///

At that time the parties will file a joint status report to schedule the case for discovery and trial.

Dated:  7/21/16                                PHILLIP A. TALBERT
                                               Acting United States Attorney

                                   By:    /s/ Kevin C. Khasigian
                                          KEVIN C. KHASIGIAN
                                          Assistant U.S. Attorney


Dated:  7/21/16                           /s/ Scott A. Sugarman
                                          SCOTT A. SUGARMAN
                                          Attorney for claimant Jermila McCoy

                                          (Authorized by email)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until the resolution of the parallel criminal case, *U.S. v. Jermila McCoy, et al.*, 2:14-CR-00304-MCE.  Within 30 days of the resolution of the criminal case, the parties will file a joint status report to schedule the case for discovery and trial.

IT IS SO ORDERED.

Dated:  July 29, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE